# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Gloria B., as next friend of Somvang P., and Somvang P., | Case No. 26-CV-0037 (PJS/EMB) |
| Petitioners, | |
| v. | **ORDER** |
| Kristi Noem, Todd M. Lyons, David Easterwood, Eric Tollefson, U.S. Department of Homeland Security, and U.S. Immigration and Customs Enforcement, | |
| Respondents. | |

Petitioners Gloria B. (as next friend of Somvang P.) and Somvang P. filed a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Dkt. No. 1), on January 5, 2026. The Court has reviewed the Petition and appoints counsel under 18 U.S.C. § 3006A(a)(2)(B) to represent Somvang P. for the following purposes:

      1. Filing an amended petition addressing the issues raised in the Petition;

      2. Filing a reply to any answer filed by Respondent; and

      3. Representing Somvang P. at any hearing on the amended petition (should the Court determine that a hearing is appropriate).

Appointed counsel must file the amended petition within 7 days after entering an appearance, unless counsel requests and is granted additional time.

Respondent must file an answer no later than 7 days after the amended petition is filed. The answer must certify the true cause and proper duration of Somvang P.'s confinement and show cause why the writ should not be granted in this case. Respondents' answer should include:

1. Any affidavits and exhibits needed to establish the lawfulness and correct duration of Somvang P.'s detention in light of the issues raised in the amended petition;

2. A reasoned memorandum of law and fact explaining Respondent's legal position on Somvang P.'s claims; and

3. Respondent's recommendation on whether an evidentiary hearing should be conducted.

Somvang P.'s reply to the answer is due no later than 14 days after the answer is filed.

Given the discussion above, Somvang P.'s Request for Appointment of Counsel (Dkt. No. 2), is **GRANTED**. Given that decision, Gloria B.'s own Request for Appointment of Counsel (Dkt. No. 4) is **DENIED**.

**SO ORDERED.**

Dated: January 8, 2026               *s/Elsa M. Bullard*
                                     ELSA M. BULLARD
                                     United States Magistrate Judge