# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Gloria Bronola, Somvang Phrachansiry, | **JUDGMENT IN A CIVIL CASE** |
| Petitioners, | |
| v. | Case Number: 26-cv-37 PJS/EMB |
| Kristi Noem, Todd M. Lyons, David Easterwood, Eric Tollefson, U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, | |
| Respondents. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents' Objection [ECF No. 12] is SUSTAINED.
2. The Report and Recommendation [ECF No. 11] is REJECTED.
3. Petitioner's amended petition for habeas corpus [ECF No. 8] is DENIED WITH PREJUDICE.

Date: 3/23/2026                                   KATE M. FOGARTY, CLERK