UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

SOMVANG P.,

      Petitioner,

v.

SECRETARY, Department of Homeland Security; TODD M. LYONS, Director of Immigration and Customs Enforcement; DAVID EASTERWOOD, Field Office Director, St. Paul Field Office, in his official capacity; ERIC TOLLEFSON, Sheriff, Kandiyohi County, in his official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

      Respondents.

Case No. 26-CV-0037 (PJS/EMB)

---

SOMVANG P.,

      Petitioner,

v.

MARKWAYNE MULLIN, Secretary, Department of Homeland Security; TODD BLANCHE, Acting Attorney General; DAVID VENTURELLA, Acting Director, Immigration and Customs Enforcement; and DAVID EASTERWOOD, Acting Director, St. Paul Field Office Immigration and Customs Enforcement,

      Respondents.

Case No. 26-CV-2900 (JWB/EMB)

---

### ORDER OF DIRECTION TO THE CLERK OF COURT
### FOR REASSIGNMENT OF RELATED CASE

Case No. 26-CV-0037 (PJS/EMB) having been assigned to Chief Judge Patrick J. Schiltz and Magistrate Judge Elsa M. Bullard, and Case No. 26-CV-2900 (JWB/EMB) having later been assigned to Judge Jerry W. Blackwell and Magistrate Judge Elsa M. Bullard, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 26-CV-2900 (JWB/EMB) be reassigned to Chief Judge Patrick J. Schiltz and Magistrate Judge Elsa M. Bullard, *nunc pro tunc*, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this District's Order for Assignment of Cases dated May 27, 2026.

**IT IS FINALLY ORDERED** that a copy of this Order shall be placed in each of the above files.


Dated: June 12, 2026                    /s/ Patrick J. Schiltz
                                        Patrick J. Schiltz, Chief Judge
                                        United States District Court

Dated: June 12, 2026                    /s/ Jerry W. Blackwell
                                        Jerry W. Blackwell, Judge
                                        United States District Court

-2-